IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WIRELESS REMOTE SYSTEM LLC, a Texas Limited Liability Company, | ) ) ) | |
| *Plaintiff,* | ) ) | C.A. No. 6:13-cv-00248-LED |
| v. | ) ) | JURY TRIAL DEMANDED |
| PIXAVI AS, a Norwegian Corporation, | ) ) ) | |
| *Defendant.* | ) ) | |

_____

**ORDER GRANTING NOTICE OF DISMISSAL WITH PREJUDICE**

The Court acknowledges the filing of the Notice of Dismissal With Prejudice between Plaintiff Wireless Remote System ("Plaintiff") and Defendant Pixavi AS ("Pixavi") in the above-captioned action.

It is hereby ORDERED ADJUDGED AND DECREED that all claims brought by Plaintiff against Pixavi are dismissed WITH PREJUDICE.

Each party shall bear their own cost, expenses and attorney's fees

**So ORDERED and SIGNED this 17th day of September, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**